FRED C. WHITE, INC., and LEROY E. SANDS, Respondents, v. OWENS-ILLINOIS GLASS COMPANY, a Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of the order, with notice of entry thereof,

upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.